**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


PAMELA J. BEASTERFIELD,
        Plaintiff,


vs.                                                    CASE NO. 8:12-CIV-2886-T-EAK-EAJ


CAROLYN W. COLVIN,
Commissioner of Social Security,
    Defendant.
                                                    /

**ORDER ADOPTING REPORT AND RECOMMENDATION**


        This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Elizabeth A. Jenkins on February 6, 2014 (Doc. 20).  The magistrate judge

recommended that the Court reverse the decision of the Commissioner denying the plaintiff's

claims for a period of disability and remand the case for further proceedings.

        Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had fourteen (14) days after service to file written objections to the

proposed findings and recommendations, or be barred from attacking the factual findings on

appeal. No timely  objections to the report and recommendation were filed.

**STANDARD OF REVIEW**

        When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a de novo review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 20)  be **adopted** and **incorporated by reference**; the Court **reverses** the decision of the Commissioner denying the plaintiff's claims for a period of disability and remands the case for further proceedings. The Clerk of Court is directed to enter judgment for the plaintiff and against the defendant, to close the case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of February, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge